IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRITTNEY AND ZACHARY NORRIS,
parents and natural guardians of W. N., a
minor child,

                             Plaintiffs,

vs.                                              Case No.  19-4057

MARK T. ESPER, SECRETARY,
Department of the Army, Headquarters,
United States Army Garrison, Fort Riley, et al.,

                             Defendants.

## NOTICE OF REMOVAL

The defendant, United States of America, on behalf of the Mark T. Esper, Secretary

Department of the Army,  (hereinafter "United States"), files this notice of removal of the

hereinafter mentioned request for information from the District Court of Geary County, Kansas,

Junction City, Kansas, to the United States District Court for the District of Kansas, pursuant to

28 U.S.C. § 1446, and alleges and states:

1.   That United States files this notice by authority of the Attorney General of the United

States.

2.   That United States has been named a party defendant in a civil action pending in the

District Court of Geary County, Junction City, Kansas, numbered 19 MV 28.

3.   That service of the above action was effected upon this defendant on June 18, 2019, by

summons and petition by Certified Mail to Mark T. Esper, Secretary Department of the Army.

4.   That a copy of the petition entitled "Petition Pursuant to K.S.A. Chapter 60" was delivered to the United States and is attached hereto and made a part hereof by reference and marked Exhibit A.

5.   That the United States, pursuant to Title 28 U.S.C. §§ 1442 and 1444, has the right at its election and without bond to remove said civil action against the United States from the District Court of Geary County, Kansas, to the United States District Court for the District of Kansas and does elect to remove said action.

WHEREFORE, the United States of America respectfully submits notice that said action aforesaid pending in the District Court of Geary County, Junction City, Kansas, is hereby removed from that court to the United States District Court for the District of Kansas.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney

s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
Ks. S. Ct. No. 14225
500 State Avenue, Suite 360
Kansas City, Kansas  66101
PH:  913.551.6730
FX:  913.551.6541
EM: chris.allman@usdoj.gov
            Attorneys for the United States

CERTIFICATE OF SERVICE

I certify that on July 16, 2019 the foregoing was electronically filed with the clerk of the

court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Peter C. Rombold
    HOOVER, SCHERMERHORN, EDWARDS,
    PINAIRE & ROMBOLD
    811 North Washington Street
    Junction City, KS 66441
            Attorney for the Plaintiffs

I further certify that on this date the foregoing document and the notice of

electronic filing were mailed by first-class mail to the following non-CM/ECF participants:

    Geary District Court Clerk
    138 E. 8th Street
    Junction City, KS 66441


                            s/ Christopher Allman
                            CHRISTOPHER ALLMAN
                            Assistant United States Attorney

**HQDA-190625-9JY9**

**ELECTRONICALLY FILED**
2019 Jun 07 PM 2:18
CLERK OF THE GEARY COUNTY DISTRICT COURT
CASE NUMBER:  2019-MV-000028

Brittney Norris, et al. et. al.

vs.

Mark T Esper

**SUMMONS**

To the above-named Defendant/Respondent:

> **Mark T Esper**
> **Secretary of the Army**
> **101 Army Pentagon**
> **Washington, DC  20310-0101**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Peter Charles Rombold
> 811 N. Washington Street
> Junction City, KS 66441

within 60 days after service of summons on you.

Clerk of the District Court
Electronically signed  on 06/07/2019 02:23:36 PM

**Documents to be served with the Summons:**
Petition

EXHIBIT A

**HQDA-190625-9JY9**

**HQDA-190625-9JY9**



*LAW OFFICES OF*
**HOOVER, SCHERMERHORN, EDWARDS,**
**PINAIRE & ROMBOLD**
*811 N. Washington*
*Junction City, KS  66441*

CERTIFIED MAIL®

7017 3380 0000 7070 5761



Mark T. Esper
Secretary of the Army
101 Army Pentagon
Washington, DC  20310-0101

  

**HQDA-190625-9JY9**

ELECTRONICALLY FILED
2019 Jun 04 AM 11:04
CLERK OF THE GEARY COUNTY DISTRICT COURT
CASE NUMBER: 2019-MV-000028

## IN THE DISTRICT COURT OF GEARY COUNTY, KANSAS

BRITTNEY AND ZACHARY NORRIS,
parents and natural guardians
OF                        , a minor child,                         Plaintiffs,

vs.                                                               Case No. 2019-CV-

MARK T. ESPER, Secretary
Department of the Army,
Headquarters, United States Army Garrison,
Fort Riley,                                                        Defendant.

## PETITION

**COME NOW**, Plaintiffs, by and through one of their attorneys, Peter Charles

Rombold of Hoover, Schermerhorn, Edwards, Pinaire and Rombold, and for Plaintiffs'

Complaint against Defendant state and allege as follows:

1.      Plaintiff, Zachary Norris, is an active duty member of the United States

Army presently stationed at Fort Riley, Kansas and residing in assigned quarters at 3114

Venable Drive, Fort Riley, KS 66442

2.      Plaintiff, Brittney Norris, is the wife of Zachary Norris, presently residing

in said quarters at Fort Riley, Kansas. One of the children born to the marriage of

Zachary and Brittney Norris is the minor Plaintiff, namely                        (hereafter the

Child) who is in the care, custody and control of the Plaintiffs.

3.      On or about June 26, 2018, an unknown female adult ran over the minor

Plaintiff while backing out of the driveway of the quarters adjacent to Plaintiffs' quarters,

resulting in serious bodily and emotional injury to the Child.

COMPLAINT                                    -2-

4.      The United States Army Military Police were called to scene and recorded the name of said female adult, but may have neglected to correctly record said person's insurance policy number or the VIN of the motor vehicle said female adult was operating at the time of the accident.

5.      Pursuant to the *Freedom of Information Act*, the Plaintiffs have requested a copy of said accident report but the name of the female adult has been redacted pursuant to 5 USC § 552a(b)(6) and (b)(7)(C).

6.      Plaintiffs have attempted to learn of the identity of the female adult by means of the information contained in the redacted report but have been informed by their own insurance company, as well as the USAA insurance company, which was identified as the insurance company that covered the vehicle operated by said unidentified female, that there is no USAA insurance policy such as that described in the redacted report and that the companies were unable to identify any policy by using the VIN alone.

7.      Plaintiffs have renewed their request to the FOIA Officer for Fort Riley, Kansas to reconsider and issue a report without redaction of the name of the unidentified female adult but the FOIA Officer has refused to do so on the grounds that she cannot comply with such request absent an Order from a Court of competent jurisdiction.

8.      The unidentified female adult is required by K.S.A. § 8-1604 to provide to an injured party, her name, address, registration number of the vehicle she was driving,

COMPLAINT                              -3-

the name of the company on which there was an effective policy of motor vehicle

liability insurance and the policy number of such policy.

     9.     On information and belief however, said female adult has refused to

authorize the Defendant to release this information to the Plaintiffs.

     10. ·   There is good cause for the Court to enter an Order herein enjoining the

Defendant from refusing to divulge to Plaintiffs information required by said female adult

to be provided to the Plaintiffs by 18 U.S.C. §13, and KSA § 8-1604(a)(1).

     **WHEREFORE**, Plaintiffs pray that the Court enjoin Defendant from refusing to

divulge to the Plaintiffs the name, address, registration number of the vehicle which said

female adult was driving at the time of the accident on June 28, 2018, her driver's

license, the name of the company with which there was in effect a policy of motor

vehicle liability insurance on the date of said accident, and the policy number of such

policy forthwith, with Plaintiff's costs incurred herein, including reasonable attorney fees

incurred by Plaintiffs in obtaining such relief.

                 HOOVER, SCHERMERHORN,
                 EDWARDS, PINAIRE & ROMBOLD
                 811 North Washington Street
                 Junction City, KS 66441
                 (785) 238-3126
                 Attorneys for Plaintiffs

                 By
                 Peter Charles Rombold, #11539

PR:Norris.Petition